Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL PRINTEX, INC., <br><br> Plaintiff, <br><br> v. <br><br> SKIVA INTERNATIONAL, INC.; *et al.* <br><br> Defendants. | Case No. 2:17-cv-03905-ODW-JEM <br> *Hon. Otis D. Wright, II Presiding* <br><br> **NOTICE OF DISMISSAL OF ACTION** |

*TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:*

PLEASE TAKE NOTICE THAT Plaintiff hereby dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. §41(a)(1)(A)(i).

                                          Respectfully submitted,

Date: May 25, 2017           By:   /s/ *Trevor W. Barrett*
                                                    Scott A. Burroughs, Esq.
                                                    Trevor W. Barrett, Esq.
                                                    DONIGER / BURROUGHS
                                                    Attorneys for Plaintiff